# EXHIBIT B

BRIAN WHELAN 256534
(brian@whelanlawgroup.com)
WHELAN LAW GROUP
1827 E. Fir Ave. #110
Fresno, California 93720
Telephone: (559) 437-1079
Facsimile: (559) 437-1720

WILLIAM K. NELSON 279450
(wnelson@sierraiplaw.com)
MARK D. MILLER 116349
(mmiller@sierraiplaw.com)
SIERRA IP LAW, PC
A Professional Corporation
7030 N. Fruit Ave., Suite 110
Fresno, California 93711
Post Office Box 5637
Fresno, California 93755-5637
Telephone: (559) 436-3800
Facsimile: (559) 436-4800

Attorneys for Plaintiffs
BEAUMONT RV, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * *

| | |
|---|---|
| BEAUMONT RV, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CARBON EMERY RV, INC., a Utah Corporation.<br><br>Defendant. | **Case No. 1:22-CV-00073-AWI-HBK**<br><br>**DECLARATION OF JAMES TUCK IN SUPPORT OF PLAINTIFF BEAUMONT RV, INC.'S OPPOSITION TO DEFENDANT CARBON EMERY RV, INC.'S MOTION TO DISMISS THE COMPLAINT**<br><br>**Complaint Filed: January 17, 2022** |

I, James Tuck, declare:

1. I am one of the principals of Plaintiff BEAUMONT RV, INC. ("Beaumont"). The following facts are within my personal knowledge and, if called as a witness, I can testify competently to each of them.

LAW OFFICES
Sierra IP Law, PC
A Professional Corporation
7030 North Fruit Avenue
Suite 110
P. O. Box 5637
Fresno, CA 93755-5637

1

DECLARATION OF JAMES TUCK IN SUPPORT PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

2. Beaumont operates several RV dealerships in California and Texas, including a dealership doing business under the service marks EPIC RV and EPIC RV LIQUIDATORS in Madera, California. For many years, I have been and am personally involved in Beaumont's purchase of recreational vehicles and trailers from our manufacturers, including the manufacturer, Forest River.

3. Forest River makes great trailers, and it is one of the manufacturers we sell the most. Forest River trailers are in high demand throughout the United States. For the Sandstorm line of Forest River trailers, Forest River only has California plants. One of the plants is located in Hemet, California and the other is located in Rialto, California. If an authorized dealership, like ours for instance, purchases Sandstorm Forest River trailers, the trailers will come directly to us from either one of these two plants – in California. There is no other way to buy these trailers new through Forest River.

4. After Forest River representatives, located in California, told me that Defendant Carbon Emery RV, Inc. ("Defendant") buys their California trailers directly from Forest River, I reviewed Defendant's website. I first noticed that Defendant was selling the Sandstorm Line of Forrest River trailers in the summer of 2021. Upon further review of Defendant's website, epicrv.com, I confirmed that Defendant offers for sale and advertises the California Forest River trailers for sale while improperly making use of our trade name, Epic RV, to do it. (Attached as Exhibit A is a true and correct copy of the printout from Defendant's webpage https://www.epicrv.com/inventory /v1/Current/Forest-River/Trailer taken on April 8, 2022.)

5. For the Sandstorm line of Forest River trailers that Defendant comes to California to obtain and sell, unless you come to California or have the trailers transported to you from California, you are unable to resell new Sandstorm Forest River Trailers.

LAW OFFICES
Sierra IP Law, PC
A PROFESSIONAL CORPORATION
7030 NORTH FRUIT AVENUE
SUITE 110
P. O. Box 5637
FRESNO, CA 93755-5637

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct; that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and that this declaration was executed this 8th day of April, 2022, at Fresno, California.

/s/ *James Tuck*
James Tuck

LAW OFFICES
Sierra IP Law, PC
A PROFESSIONAL CORPORATION
7030 NORTH FRUIT AVENUE
SUITE 110
P. O. BOX 5637
FRESNO, CA 93755-5637

3

DECLARATION OF JAMES TUCK IN SUPPORT PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

**CERTIFICATE OF SERVICE**

I hereby certify that on April 8, 2022, the foregoing was filed using CM/ECF, which automatically sent a notification of the filing to all counsel of record.

By /s/ *William K. Nelson*
William K. Nelson
Attorneys for Plaintiff,
BEAUMONT RV, INC.

LAW OFFICES
Sierra IP Law, PC
A Professional Corporation
7030 North Fruit Avenue
Suite 110
P. O. Box 5637
Fresno, CA 93755-5637

4

DECLARATION OF JAMES TUCK IN SUPPORT PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

# EXHIBIT A

Inventory Showroom | Epic RV |

epicrv.com/inventory/v1/Current/Forest-River/Trailer

Apps | Reading list | Update

435-472-2000

5129 North Hwy 6, Helper UT 84526

Search Inventory GO

HOME | INVENTORY | FINANCING | PARTS DEPARTMENT | SERVICE DEPARTMENT | DEALER INFO | CONTACT US

Manufacturers » Current » Forest-River » Trailer

Cedar Creek

Cherokee

EVO

Sandstorm

## Contact

5129 North Hwy 6
Helper, UT 84526
435-472-2000

## Quick Links

- New Inventory
- Pre-Owned
- Credit Application
- Service
- Parts
- About Us
- Contact Us

## Shop

- Fifth Wheels
- Travel Trailers
- Fifth Wheel Toy Haulers
- Travel Trailer Toy Haulers
- Cargo Trailers

Copyright© 2022 Dealer Spike
All Rights Reserved

Policy | Privacy | Terms
Accessibility | Site Map

POWERED BY DEALER SPIKE RV

Have a question? Text us here!

Text us!

