BRIAN WHELAN  256534
(brian@whelanlawgroup.com)
WHELAN LAW GROUP
1827 E. Fir Ave. #110
Fresno, California 93720
Telephone:  (559) 437-1079
Facsimile:   (559) 437-1720

WILLIAM K. NELSON 279450
(wnelson@sierraiplaw.com)
MARK D. MILLER 116349
(mmiller@sierraiplaw.com)
SIERRA IP LAW, PC
A Professional Corporation
7030 N. Fruit Ave., Suite 110
Fresno, California 93711
Post Office Box 5637
Fresno, California  93755-5637
Telephone:  (559) 436-3800
Facsimile:   (559) 436-4800

Attorneys for Plaintiffs
BEAUMONT RV, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * *

| BEAUMONT RV, INC.,<br>a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CARBON EMERY RV, INC., a Utah Corporation.<br><br>Defendant. | Case No. 1:22-CV-00073-AWI-HBK<br><br>[~~PROPOSED~~] ORDER ALLOWING LATE FILING OF PAPERS IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS |
|---|---|

This matter came on for hearing before the court on April 11, 2022, the honorable Anthony W. Ishii, District Judge, presiding, on plaintiff's motion for order allowing late filing of papers in opposition to defendant's Motion to Dismiss. The evidence and arguments presented having been fully considered, the issues having duly heard and a decision having been duly rendered,

LAW OFFICES
Sierra IP Law, PC
A PROFESSIONAL CORPORATION
7030 NORTH FRUIT AVENUE
SUITE 110
P. O. Box 5637
FRESNO, CA  93755-5637

1

[PROPOSED] ORDER ALLOWING LATE FILING OF PAPERS IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

1  IT IS HEREBY ORDERED that plaintiff's motion for order allowing late filing of papers in opposition to defendant's Motion to Dismiss is GRANTED. Plaintiff shall have up to and including Monday, April 11, 2022 within which to file its opposition to the Motion to Dismiss.

IT IS SO ORDERED.

Dated:  April 11, 2022

_____
SENIOR DISTRICT JUDGE

LAW OFFICES
Sierra IP Law, PC
A Professional Corporation
7030 North Fruit Avenue
Suite 110
P. O. Box 5637
Fresno, CA 93755-5637

2

[PROPOSED] ORDER ALLOWING LATE FILING OF PAPERS IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS